B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Eastern District of North Carolina

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Coastal Plains Pork, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **20-0986214** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **791 Wallace Highway Harrells, NC** ZIP Code **28444** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Sampson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **Also livestock in Arkansas and Iowa.** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(1/08) | Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Coastal Plains Pork, LLC** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Coastal Plains Pork, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Terri L. Gardner**
Signature of Attorney for Debtor(s)

**Terri L. Gardner 9809**
Printed Name of Attorney for Debtor(s)

**Nelson Mullins Riley & Scarborough LLP**
Firm Name

**4140 Parklake Avenue**
**GlenLake One, 2nd Floor**
**Raleigh, NC 27612**
Address

**Email: terri.gardner@nelsonmullins.com**
**(919) 329-3882  Fax: (919) 329-3799**
Telephone Number

**September 28, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Greg Brown**
Signature of Authorized Individual

**Greg Brown**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 28, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Coastal Plains Pork, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Agro Bauer<br>225 North Madison Street<br>Lancaster, WI 53813-0547 | Agro Bauer<br>225 North Madison Street<br>Lancaster, WI 53813-0547 | | | 50,950.95 |
| Akey<br>4745 Paysphere Circle<br>Chicago, IL 60674 | Akey<br>4745 Paysphere Circle<br>Chicago, IL 60674 | | | 16,241.79 |
| Bartlett Grain Company<br>Post Office Box 872719<br>Kansas City, MO 64187-2719 | Sara Prochelo<br>Bartlett Grain Company<br>Post Office Box 872719<br>Kansas City, MO 64187-2719 | | | 20,497.40 |
| Birchwood<br>Post Office Box 137<br>West Manchester, OH 45382 | Jason Slaton<br>Birchwood<br>Post Office Box 137<br>West Manchester, OH 45382 | | | 24,174.78 |
| Bobcat Farms, LLC<br>Post Office Box 1101<br>Clinton, NC 28329 | Henry Moore<br>Bobcat Farms, LLC<br>Post Office Box 1101<br>Clinton, NC 28329 | | | 100,849.00 |
| C&J Farms, Inc.<br>c/o Chad Fykstra<br>3062 Log Avenue<br>Sheldon, IA 51201 | Chad Fykstra<br>C&J Farms, Inc.<br>3062 Log Avenue<br>Sheldon, IA 51201 | | | 14,331.97 |
| Cargill<br>Post Office Box 198323<br>Atlanta, GA 30384-8323 | Adam Thompson<br>Cargill<br>Post Office Box 198323<br>Atlanta, GA 30384-8323 | | | 44,629.21 |
| Cargill Pork<br>Post Office Box 699<br>Russellville, AR 72811 | Brady Fritz<br>Cargill Pork<br>Post Office Box 699<br>Russellville, AR 72811 | | | 76,099.26 |
| Cooperative Elevator Association<br>333 S. Central Avenue<br>Hartley, IA 51346 | Harold D. Dawson<br>Cooperative Elevator Association<br>Post Office Box 253<br>Sibley, IA 51249-0253<br>712-754-4601 | | | 595,324.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Coastal Plains Pork, LLC**                    Case No.
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Dan Kraft Trucking**<br>101 Gillespie Street<br>Renwick, IA 50577 | **Dan Kraft**<br>Dan Kraft Trucking<br>101 Gillespie Street<br>Renwick, IA 50577 | | | **28,967.54** |
| **Farm Plan**<br>Post Office Box 4450<br>Carol Stream, IL 60197-4450 | **Farm Plan**<br>Post Office Box 4450<br>Carol Stream, IL 60197-4450 | | | **14,194.95** |
| **Farmers Co-op Society**<br>c/o Gary & Dawn De Weerd<br>317 3rd Street, N.W.<br>Sioux Center, IA 51250 | **Lance D. Ehmcke**<br>Farmers Co-op Society<br>Post Office Box 3086<br>Sioux City, IA 51102 | | | **918,000.00** |
| **Feed Partners, LLC**<br>308 RAILROAD ST<br>Larrabee, IA 51029 | **Dwayne Naab**<br>Feed Partners, LLC<br>308 RAILROAD ST<br>Larrabee, IA 51029 | | | **157,192.98** |
| **Garrelts Lvst. Feeders, LLP**<br>c/o David Garrelts<br>3770 360th Avenue<br>Ayrshire, IA 50515 | **avid Garrelts**<br>Garrelts Lvst. Feeders, LLP<br>3770 360th Avenue<br>Ayrshire, IA 50515 | | | **14,862.52** |
| **Ivesco**<br>Post Office Box 507<br>Warsaw, NC 28398 | **Mark High**<br>Ivesco<br>Post Office Box 507<br>Warsaw, NC 28398 | | | **45,549.06** |
| **K&R Family Farms, Inc.**<br>c/o Kelly Van Kalsbeek<br>3574 Lily Avenue<br>Sheldon, IA 51201 | **Kelly Van Kalsbeek**<br>K&R Family Farms, Inc.<br>3574 Lily Avenue<br>Sheldon, IA 51201 | | | **13,844.92** |
| **Livestock Vet. Service**<br>Post Office Box 6580<br>Kinston, NC 28501 | **Dr. Randy Jones**<br>Livestock Vet. Service<br>Post Office Box 6580<br>Kinston, NC 28501 | | | **20,497.40** |
| **The Hanor Company**<br>Post Office Box 460<br>Spring Green, WI 53588-0458 | **Carl Stoner**<br>The Hanor Company<br>Post Office Box 460<br>Spring Green, WI 53588-0458 | | | **141,593.30** |
| **Triple C Express, LLC**<br>c/o Jamie Siebrecht<br>1205 West Highway<br>Alta, IA 51002 | **Triple C Express, LLC**<br>c/o Jamie Siebrecht<br>1205 West Highway<br>Alta, IA 51002 | | | **14,419.71** |
| **Vanguard**<br>c/o Ron Fedders<br>954 N. Main Avenue<br>Sioux Center, IA 51250 | **Vanguard**<br>c/o Ron Fedders<br>954 N. Main Avenue<br>Sioux Center, IA 51250 | | | **16,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Coastal Plains Pork, LLC**                                     Case No.   _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 28, 2009**            Signature   **/s/ Greg Brown**
                                                     **Greg Brown**
                                                     **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Coastal Plains Pork, LLC**                                             Case No.
                                        Debtor(s)                                 Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 28, 2009**                      **/s/ Greg Brown**
                                                    **Greg Brown**/**President**
                                                    Signer/Title

38 Electric, LLC
Post Office Box 32
Hartley, IA 51346

Akey
4745 Paysphere Circle
Chicago, IL 60674

AT&T Teleconference Service
Post Office Box 2840
Omaha, NE 68103-2840

A&K Farms
c/o Keith Habben
2447 Nest Avenue
Ashton, IA 51232

Alliant Energy
Post Office Box 77007
Madison, WI 53707-1007

Ayrshire Farmers Mutual
1405 Silver Lake Avenue
Ayrshire, IA 50515

A. C. Hall Hardware, Inc.
121 W. Southerland Street
Wallace, NC 28466

Alltel
Post Office Box 96019
Charlotte, NC 28296-0019

Bacon Valley
c/o Jason Davelaar
1981 330th Street
Rock Valley, IA 51247

AAA Scale Company
Post Office Box 7056
Wilson, NC 27895

Ambassador Personnel
Post Office Box 2057
Thomasville, GA 31799-2057

Bad Branch Farms, LLC
Post Office Box 646
Clinton, NC 28329

Agri Co-Op Supply
Post Office Box 678
Morrilton, AR 72110

American Express
Post Office Box 650448
Dallas, TX 75265

Bartlett Grain Company
Post Office Box 872719
Kansas City, MO 64187-2719

Agri Stats, Inc.
Post Office Box 11264
Fort Wayne, IN 46856-1264

Amos Priester, Esq.
Smith Anderson
Post Office Box 2611
Raleigh, NC 27602-2611

Benny Grady
Post Office Box 428
Faison, NC 28341

Agro Bauer
225 North Madison Street
Lancaster, WI 53813-0547

Animal Medical Center
PC Hartley/Spencer
6570 320th Street
Hartley, IA 51346

Bill Tjepkes
32107 Durfee Avenue
Adrian, MN 56110

AgStar Finance
1321 Premier Drive
Mankato, MN 56001

Aptco, Inc.
Post Office Box 74863
Cleveland, OH 44194-4863

Birchwood
Post Office Box 137
West Manchester, OH 45382

AgStar Financial Services
1921 Premier Drive
Mankato, MN 56001

Arnie Dahlstorm
5150 190th Avenue
Albert City, IA 50510

Bobcat Farms, LLC
Post Office Box 1101
Clinton, NC 28329

| | | |
|---|---|---|
| Bomgaars<br>1805 Zenith Drive<br>Sioux City, IA 51103-5208 | Cargill<br>Post Office Box 198323<br>Atlanta, GA 30384-8323 | Coastal Plains Milling Company<br>199 Gold Pond Road<br>Magnolia, NC 28453 |
| Bomgaars Nus<br>c/o Mike Bomgaars<br>3821 310th Street<br>Boyden, IA 51234 | Cargill Pork<br>Post Office Box 699<br>Russellville, AR 72811 | Coharie Hog Farm, Inc.<br>300 Westover Road<br>Clinton, NC 28328-4416 |
| Bonnema Fin<br>c/o Dan Bonnema<br>4539 Hickory Avenue<br>Maurice, IA 51036 | Carolina Bay, Ltd.<br>3807-21 Wrightsville Avenue<br>Suit 205<br>Wilmington, NC 28403 | Collection Services Center<br>Post Office Box 9125<br>Des Moines, IA 50306 |
| Bonnema/D&G Powerwashes<br>c/o Dan Bonnema<br>4539 Hickory Avenue<br>Maurice, IA 51036 | Casy's Bakery<br>251 N. Main<br>#301<br>Sioux Center, IA 51250 | Cooper Leasing Inc.<br>Post Office Box 58205<br>Raleigh, NC 27658 |
| Bonnie Prell<br>4542 O Avenue<br>Cherokee, IA 51012 | Central Veterinary Clinic<br>898 First Avenue, N.W.<br>Sioux Center, IA 51250-2035 | Cooperative Credit<br>128 Third Street N.W.<br>Sioux Center, IA 51250-1867 |
| Brad Konz<br>4632 450th Street<br>Granville, IA 51022 | Circle S<br>Post Office Box 80<br>Sioux Center, IA 51250 | Cooperative Credit Company<br>128 Third Street NW<br>Post Office Box 80<br>Sioux Center, IA 51250 |
| Brent Lee<br>Lee Ranch<br>10 Razorback Lane<br>Jerusalem, AR 72800 | Clayhill Farms<br>211 Bethesda Court<br>Jacksonville, NC 28546 | Cooperative Elevator Association<br>333 S. Central Avenue<br>Hartley, IA 51346 |
| Buena Vista Stationery<br>Post Office Box 1283<br>Storm Lake, IA 50588 | Clear Run Farms, Inc.<br>Post Office Box 109<br>Harrells, NC 28444 | Cooperative Elevator Association<br>Non-Feed Account<br>333 S. Central Avenue<br>Hartley, IA 51346 |
| C&J Farms, Inc.<br>c/o Chad Fykstra<br>3062 Log Avenue<br>Sheldon, IA 51201 | Coastal Berings & Convey<br>3240 B, Hwy 421 N.<br>Wilmington, NC 28401 | CopyPro Business Systems<br>3103 Landmark Street<br>Greenville, NC 27834-6966 |

| | | |
|---|---|---|
| Corlin & Rachael Feikema<br>187 18th Street, N.E.<br>Sioux Center, IA 51250 | D&J Pork - Roghair<br>c/o Rob Jacobs<br>30 N. 11th Avenue East<br>Hartley, IA 51346 | Donald R. Mathis<br>427 Eva James Road<br>Warsaw, NC 28398 |
| Country View Custom, Inc.<br>c/o Shawn Wassenaar<br>4772 280th Street<br>Sheldon, IA 51201 | D&J Pork - Wilcox<br>c/o Rob Jacobs<br>30 N. 11th Avenue East<br>Hartley, IA 51346 | Double H Hog Farms<br>c/o Zack Hollowell<br>6491 380th Street<br>Hartley, IA 51346 |
| CSD, LLC<br>1024 8th Street<br>Greeley, CO 80631 | D&S Rental<br>967 7th Street<br>Sioux Center, IA 51250 | Doug Munden<br>108 Church Street<br>Royal, IA 51357-7721 |
| Culligan<br>312 8th Street, S.E.<br>Orange City, IA 51041 | Dan Kraft Trucking<br>101 Gillespie Street<br>Renwick, IA 50577 | DTN<br>Post Office Box 3546<br>Omaha, NE 68103-0546 |
| Curt's Welding & Repair<br>6661 Fredrick Avenue<br>May City, IA 51354 | Darling International, Inc.<br>Post Office Box 552210<br>Detroit, MI 48255-2210 | E I Medical Imaging<br>348 N. Jefferson Avenue<br>Loveland, CO 80537 |
| Cypress Pork<br>1221 Floral Parkway<br>Suite 105<br>Wilmington, NC 28403 | David Weaver<br>Post Office Box 167<br>Houston, AR 72070 | Eastern Minerals<br>Post Office Box 1310<br>Bainbridge, GA 39818 |
| D&J Pork - Ahlers<br>Attn: Rob Jacobs<br>30 N 11th Avenue East<br>Hartley, IA 51346 | Delta View Farms, LLC<br>c/o Steve Weiss<br>13 N. Federal Avenue<br>Mason City, IA 50401 | Ed Vogl Express<br>103 Division Street<br>Arcadia, IA 51430 |
| D&J Pork - Lux<br>c/o Rob Jacobs<br>30 N. 11th Avenue East<br>Hartley, IA 51346 | Dennis Engdahl<br>2124 630th Street<br>Aurelia, IA 51005 | Ed's Electric, Inc.<br>c/0 Ed Strouth, President<br>2156 Pierce Avenue<br>Sibley, IA 51249 |
| D&J Pork - Prunty<br>c/o Rob Jacobs<br>30 N. 11th Avenue East<br>Hartley, IA 51346 | Dennis Skaggs Farms, Inc.<br>c/o Bonnie Prell<br>4542 O Aenue<br>Cherokee, IA 51012 | Electromatic Burglar, Inc.<br>Post Office Box 87<br>Harrells, NC 28444 |

Elijah T. & Violet R. Morton
121 Garnet Lane
Jacksonville, NC 28546

FH Farms
c/o Chad Fykstra
3062 Log Avenue
Sheldon, IA 51201

Frontier Communications
Post Office Box 20550
Rochester, NY 14602

Eric's Place
Eric De Jager
2154 Dove Avenue
Alvord, IA 51230

First Cooperative Association
5057 Highway 3 West
Cherokee, IA 51012

Frost, PLLC
425 West Capitol
Suite 3300
Little Rock, AR 72201

Erickson Welding & Repair
115 Main Street
Albert City, IA 50510

First National Bank of Omaha
1620 Dodge Street
Stop 1057
Omaha, NE 68197

G&S Farms
Post Office Box 1782
Russellville, AR 72811

Evergreen Nursery
c/o Dan Bonnema
4539 Hickory Avenue
Maurice, IA 51036

Five-K Pork, LLC
c/o Jeff Koops
317 3rd Street NW
Sioux Center, IA 51250

Garrelts Lvst. Feeders, LLP
c/o David Garrelts
3770 360th Avenue
Ayrshire, IA 50515

Evergreen/D&G Powerwasher
c/o Dan Bonnema
4539 Hickory Avenue
Maurice, IA 51036

Fleet Fueling
Post Office Box 6293
Carol Stream, IL 60197-6293

Gary Rupp
6141 E Avenue
Marcus, IA 51035

Farm Plan
Post Office Box 4450
Carol Stream, IL 60197-4450

Fleet Services
Post Office Box 6293
Carol Stream, IL 60197-6293

George W. and Rachel W. Newkir
199 Gold Pond Road
Magnolia, NC 28453

Farmers Co-op Society
c/o Gary & Dawn De Weerd
317 3rd Street, N.W.
Sioux Center, IA 51250

Fore M, LLC
c/o Mark Pierson, President
2002 Brookside Drive
Albert Lea, MN 56007

GES, LLC
c/o Douglas Gesme
14225 Aspen Avenue, NE
Prior Lake, MN 55372

Farmers Co-op Society
Non-Feed Account
317 3rd Street, N.W.
Sioux Center, IA 51250

Fountaindale Farms, LLC
c/o Steve Weiss
13 N. Federal Avenue
Mason City, IA 50401

Goldfinch Properties
c/o Robert Rietema
Post Office Box 314
Sioux Center, IA 51250

Feed Partners, LLC
308 RAILROAD ST
Larrabee, IA 51029

Frankin Management & Real
950 North Main Avenue
Sioux Center, IA 51250

Grace/Mayer Insurance Agency
10050 Recency Circle
Suite 300
Omaha, NE 68114

Grady's Welding, Inc.
450 John David Grady Road
Albertson, NC 28508

Happy Trails, Inc.
c/o Jon Dorr, President
521 450th Street
Marcus, IA 51035

Hoekstra Rendering
704 1ST AVE
Rock Rapids, IA 51246

Great American Leasing Corp.
Post Office Box 660831
Dallas, TX 75266-0831

Harold D. Dawson
DeKoter, Thole & Dawson, P.L.C.
Post Office Box 253
Sibley, IA 51249-0253

HTC Communications
3480 Highway 701 North
Conway, SC 29526

Green Acres Pork
1825 Yew Avenue
Harris, IA 51345

Harrells Water Corp.
Post Office Box 74
Harrells, NC 28444

Innovative Agri Solutions
1416 Panoramic Court
Ames, IA 50010

Greg Brown
Coastal Plains Pork, LLC
Post Office Box 90
Harrells, NC 28444

Harry C. & Susan Parker
2533 South NC 41 Highway
Chinquapin, NC 28521

Iowa DNR
333 S. Central Avenue
Hartley, IA 51346

Greg Dixon
G&S Farms
Post Office Box 1782
Russellville, AR 72811

Herlon Dejager
2154 Dove Avenue
Alvord, IA 51230

Iowa Telecom
Post Office Box 1046
Newton, IA 50208

Greg Gilsdorf
3840 220th Street
Williams, IA 50271

Hickory Tech
P.O. Box 3248
Mankato, MN 56002-3248

Ivesco
Post Office Box 507
Warsaw, NC 28398

H&D Enterprises
Post Office Box 164
Sibley, IA 51249-0164

Hills Electronics
1825 1st Avenue SW
Sioux Center, IA 51250-1111

Jack C. and Rose K. Bissette
3807-21 Wrightsville Avenue
Wilmington, NC 28403

Hamhead 1, LLC
c/o Jan Taylor
2311 Canada Boulevard
Glendale, CA 91208

Hilltop Swine
c/o Steve Demmer
73913 168th Avenue
Hayfield, MN 55940

James E. Maides
166 Center Street
Jacksonville, NC 28546

Hanover Electric Mtr., Inc.
602 Wellington Avenue
Wilmington, NC 28401

Hoekstra Nursery
c/o Mike Hoekstra
3751 Ironwood Avenue
Orange City, IA 51041

James J. Niemeier, Esq.
McGrath North Mullin & Kratz PC L
1601 Dodge St., Suite 3700
Omaha, NE 68102

| | | |
|---|---|---|
| James West<br>458 Carlton's Chapel Road<br>Warsaw, NC 28398 | John J. amd Zina S. Burney, III<br>2144 Echol Lane<br>Wilmington, NC 28403 | Kelly Van Kalsbeek<br>3574 Lily Avenue<br>Sheldon, IA 51201 |
| Jason Davelaar<br>1981 330th Street<br>Rock Valley, IA 51247 | John Klatt, Jr.<br>6733 160th Street<br>Harris, IA 51345 | Kent & Jon Nieuwendorp<br>2454 Marsh Avenue<br>Ashton, IA 51232 |
| Jay Birdsall<br>1825 Yew Avenue<br>Harris, IA 51345 | John W. and Susan F. Kilpatrick<br>111 South Country Club Drive<br>Kenansville, NC 28349 | Kevin Bostic<br>399 John S. Bostic Road<br>Rose Hill, NC 28458 |
| JBJ Farms<br>111 South Country Club Road<br>Kenansville, NC 28349 | K&R Family Farms, Inc.<br>c/o Kelly Van Kalsbeek<br>3574 Lily Avenue<br>Sheldon, IA 51201 | Kevin Budden<br>4930 430th Street<br>Granville, IA 51022 |
| JBJ Kilpatrick, Inc.<br>1650 Highway 50 South<br>Magnolia, NC 28453 | Kai Nursery<br>c/o Jeff Kai<br>2017 610th Street<br>Aurelia, IA 51005 | Kevin Dail<br>111 Dail Circle<br>Wallace, NC 28466 |
| Jerry Back<br>6340 350th Street<br>Hartley, IA 51346 | Keeney Trucking, Inc.<br>177 Bayou Ridge Loop<br>Dover, AR 72837 | Kevin Kruger<br>521 11th Avenue<br>Sibley, IA 51249 |
| JESCO<br>Post Office Box 258<br>Turkey, NC 28393 | Keith & Cherie Brents<br>Brents Farms<br>Post Office Box 11<br>Cleveland, AR 72030 | Kinkade Pork, Inc.<br>c/o Norm Kinkade, President<br>51304 120th Avenue<br>Laurens, IA 50554 |
| Jim Vander Pol<br>3942 Kingbird Avenue<br>Hospers, IA 51238 | Keith Powerwashing<br>826 W. 5th Street<br>Storm Lake, IA 50588 | Kyle Byker<br>2053 460th Street<br>Ireton, IA 51027 |
| John Collins<br>3957 Vine Avenue<br>Hartley, IA 51346 | Keith Scholten<br>205 Kentucky Avenue, SW<br>Orange City, IA 51041 | L Pork<br>c/o Greg Popkes<br>504 Grant Avenue<br>Hawarden, IA 51023 |

L. C. Ward
Post Office Box 13
Nakina, NC 28455

Lyon County Treasurer
206 S. 2nd Avenue
Rock Rapids, IA 51246-1538

Mon-Ark Feed & Supply
405 Railroad Avenue
Morrilton, AR 72110

Lance D. Ehmcke
Heidman law Firm, LLP
Post Office Box 3086
Sioux City, IA 51102

Lyon Pork, LLC
c.i Bryce Getneb
4119 310th Street
Boyden, IA 51234

Morriston Vet Clinic
Post Office Box 298
Morrilton, AR 72110

Laverle Stratman
4335 140th Street
Little Rock, IA 51243

Market Street Tire Company
Post Office Box 566
Lake Park, IA 51347-0566

NC Ag Finance
1101 Spring Forest Road
Suite 150
Raleigh, NC 27615

Lightyear Network Solutions
Post Office Box 740050
Cincinnati, OH 45274-0050

McBee Systems, Inc.
Post Office Box 88042
Chicago, IL 60680-1042

NC Dept. of E & NR
1641 Mail Service Center
Raleigh, NC 27699

Lisa Wurtzbacher
Coastal Plains Pork, LLC
Post Office Box 90
Harrells, NC 28444

Meerdink Nursery
c/o Dan Meerdink
811 3rd Street
Hull, IA 51239

NCDMV
Post Office Box 29620
Raleigh, NC 27626-0620

Livestock Vet. Service
Post Office Box 6580
Kinston, NC 28501

Midamerican Energy Co.
Post Office Box 657
Des Moines, IA 50306-0657

Nelson Mullins Riley & Scarboroug
Post Office Box 30519
Raleigh, NC 27611-0519

Loving Farms
c/o Robert & Scott Loving
5226 210gth Avenue
Albert City, IA 50510

Mike Bommgaars
3821 310th Street
Boyden, IA 51234

Nelson Premix & Vet Sup.
131 Old Creek Road
Storm Lake, IA 50588

LSG Acres, Inc.
c/o Loren Gnewuch
5255 240th Avenue
Albert City, IA 50510

Mike Hoekstra
Hoekstra Finisher
318 3rd Street, NW
Sioux Center, IA 51250

Newkirk I, Inc.
199 Gold Pond Road
Magnolia, NC 28453

Lyon & Sioux Rural Water
1107 1st Avenue
Rock Rapids, IA 51246-1025

Minnesota Vet. Diagnostic
1333 Gortner Avenue
Saint Paul, MN 55108

Newkirk II, Inc.
199 Gold Pond Road
Magnolia, NC 28453

| | | |
|---|---|---|
| Nick Noteboom<br>401 Florida Avenue, SW<br>Orange City, IA 51041 | Parks Livestock<br>Post Office Box 429<br>Oakwood, IL 61858 | Pro Cooperative<br>Post Office Box 322<br>Gilmore City, IA 50541 |
| Non-Ark Feed & Supply<br>405 Railroad Avneue<br>Morrilton, AR 72110 | Paul Siegel Trucking<br>2726 Potter's Road<br>Florence, MO 65329 | Progress Energy<br>Post Office Box 2041<br>Raleigh, NC 27602 |
| North Carolina Department of E & NR<br>1641 Mail Service Center<br>Raleigh, NC 27699-1641 | PCEMS, Inc.<br>615 Dogwood Lane<br>Wilmington, NC 28409 | R&T Acres, Inc.<br>c/o Rodney Bajema<br>1936 135th Street<br>Larchwood, IA 51241 |
| North West Rec<br>Post Office Box 440<br>Le Mars, IA 51031 | Pitney Bowes<br>Post Office Box 856390<br>Louisville, KY 40285-6390 | Ralph Van De Berg<br>1346 7th Street, NE<br>Sioux Center, IA 51250 |
| O'Brien County Treasurer<br>155 S. Hayes<br>Primghar, IA 51245 | Pitney Bowes GL Fin. Service<br>Post Office Box 856460<br>Louisville, KY 40285-6460 | Randy Tietgen<br>1310 11th Avenue<br>Rock Valley, IA 51247 |
| Office Max<br>Post Office Box 101705<br>Atlanta, GA 30392-1705 | Pocahantas County Treasurer<br>Pocahontas County Courthouse<br>99 Court Square<br>Pocahontas, IA 50574 | Rebhuhn Home<br>c/o Doug & Marcia Rebhuhn<br>1412 540th Street<br>Storm Lake, IA 50588 |
| Osceola County Treasurer<br>Post Office Box 166<br>Sibley, IA 51249 | Popke's Car Care, Inc.<br>800 1st Avenue<br>Rock Rapids, IA 51246 | Reco<br>Post Office Box 388<br>Wallace, NC 28466 |
| Osceola Electric Coop<br>Post Office Box 127<br>Sibley, IA 51249-0127 | Pork & Beans Dvfd Swine<br>c/o Robert Rietema, President<br>72 19th Street, SW<br>Sioux Center, IA 51250 | Rich's Heating & A/C, Inc.<br>210 Buck Jones Road<br>Wallace, NC 28466 |
| Parker's Porkers, Inc.<br>2533 South NC 41<br>Chinquapin, NC 28521 | Premier Communications<br>339 1st Avenue NE<br>Sioux Center, IA 51250 | Rivenbark Lawn Service<br>303 Jack Dale Road<br>Wallace, NC 28466 |

Robert J. Bothe, Esq.  
McGrath North Mullin & Kratz PC LLO  
1601 Dodge St., Suite 3700  
Omaha, NE 68102

Rural Water System  
4438 380th Street  
Hospers, IA 51238

Sioux County Treasurer  
Post Office Box 77  
Orange City, IA 51041

Robert L. Phillips  
106 Brandy Wood Court  
Dunn, NC 28334

Russell L. & Joy F. Brock  
886 Durwood Evans Road  
Beulaville, NC 28518

Sioux Lumber Cash & Carry  
114 1st Street  
Sioux Rapids, IA 50585

Robert Loving  
5226 210th Avenue  
Albert City, IA 50510

S&S Backhoe Services, Inc.  
12081 Harrells Highway  
Harrells, NC 28444

Sirrah Bios  
2325 North Loop Drive  
Suite 6200  
Ames, IA 50010

Robert Phillips  
Post Office Box 1477  
Dunn, NC 28335

Sampson County Tax Collector  
Post Office Box 207  
Clinton, NC 28329-0207

SMD Pork  
c/o Steve Doeden  
5030 O Avenue  
Cherokee, IA 51012

Robert Rietema  
72 19th Street SW  
Sioux Center, IA 51250

Schuiteman Nursery  
c/o Paul Schuiteman  
3921 Hickory Avenue  
Sioux Center, IA 51250

Southern Siux Co. Rur. Wtr.  
1002 Main Street  
Ireton, IA 51027-7752

Robert Scog  
5165 200th Avenue  
Albert City, IA 50510

Scott & Jones, Inc.  
Post Office Box 307  
Calypso, NC 28325

Southwest Equipment Sales  
4105 Globeville Road  
Denver, CO 80216

Roberts Ranch of Oklahoma  
Post Office Box 517  
Spring Green, WI 53588-0517

Section 5 Pork/Jeff Kai  
c/o Jeff Kai  
2017 610th Street  
Aurelia, IA 51005

Springbrook Farms, LLC  
c/o Steve Weiss  
13 N. Federal Avenue  
Mason City, IA 50401

Rock Valley Rural Water  
3413 Chestnut Ave  
Rock Valley, IA 51247

Shady Oaks Farms, LLC  
c/o Steve Weiss  
13 N. Federal Avenue  
Mason City, IA 50401

Star Telephone Membership  
Post Office Box 348  
Clinton, NC 28329-0348

Rod Pottebaum  
5039 Jefferson Avenue  
Alton, IA 51003

Sid Peterson  
5225 230th Avenue  
Albert City, IA 50510

Steve H. Demmer  
73913 168th Avenue  
Hayfield, MN 55940

Steve Habben
4770 250th Street
Ashton, IA 51232

The Hanor Company
Post Office Box 460
Spring Green, WI 53588-0458

UPS
427 Eva James Road
Warsaw, NC 28398

Stoneybrook Farms, Ltd.
3807-21 Wrightsville Avenue
Wilmington, NC 28403

The Hartford-Livestock Department
4610 S. Technoopolis Drive
Suite 101
Sioux Falls, SD 57106-4243

Valley Proteins, Inc.
Post Office Box 643381
Cincinnati, OH 45264-3381

Stoneybrook Nursery Farm
1221 Floral Parkway
Suite 105
Wilmington, NC 28403

Timberline Farms, LLC
c/o Bill Foley
824 Brooks Road
Iowa Falls, IA 50126

Vanguard
c/o Ron Fedders
954 N. Main Avenue
Sioux Center, IA 51250

Subway
1801 S. Frontage Road
Sioux Center, IA 51250

Top Ten Pork LLP
c/o Robert Rietema
72 19th Street SW
Sioux Center, IA 51250

Vet Pharm
392 15th Street, N.E.
Sioux Center, IA 51250

Sunray Pork, LTD
c/o Bill Foley
Post Office Box 520
Iowa Falls, IA 50126

Trawick H. Stubbs, Esq.
Stubbs & Perdue
Post Office Box 1654
New Bern, NC 28563-1654

Veterinary Diagnostic Lab
1220 Bearsjear Ja;;
Ames, IA 50011

Tahoe Farms, LLC
c/o Bill Foley
824 Brooks Road
Iowa Falls, IA 50126

Triple C Express
c/o Jamie Siebrecht
1205 West Highway
Alta, IA 51002

VOS Motor Sale
1460 N. Main Avenue
Sioux Center, IA 51250

Teleco Wilmington
5221 Oleander Drive
Wilmington, NC 28403

Triple C Express, LLC
c/o Jamie Siebrecht
1205 West Highway
Alta, IA 51002

VP Supply, Inc.
3941 Kingbird Avenue
Hospers, IA 51238

The Buggy Wash
116 S. Central Avenue
Hartley, IA 51346

Triumph Foods
c/o Jerry Lehenbauer
5302 Stockyards Expressway
Saint Joseph, MO 64504-3616

Warsaw Motor Company
Post Office Box 547
Warsaw, NC 28398

The Finley Group
6100 Fairview Road
Suite 1220
Charlotte, NC 28210

Unifirst
1821 Dawson Street
Wilmington, NC 28403

Waste Industries
Post Office Box 580495
Charlotte, NC 28258-0495

Wes Tel Systems
Post Office Box 270
Remsen, IA 51050


Westfield Insurance
Post Office Box 9001566
Louisville, KY 40290


Wierda Nursery
c/o Rick Wierda Site
317 3rd Street, NW
Sioux Center, IA 51250


Wierda Trucking
4343 Grant Avenue
Sioux Center, IA 51250


William B. and Karen T. Sutton
Post Office Box 1310
Clinton, NC 28328


William K. Klinker
Smith, Grigg, Shea & Klinker
Post Office Box 98
Primghar, IA 51245


Wolfpack Farms, LLC
c/o Stee Weiss
13 N. Federal Avenue
Mason City, IA 50401